gued for respondent-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD; BRIAN D. GRIFFIN, JONATHAN KRISCH, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Prost, Chief Judge, Moore and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## IN RE: C. Douglass THOMAS, Appellant

### 2017-1149

United States Court of Appeals, Federal Circuit.

December 13, 2017

C. DOUGLASS THOMAS, IpVenture, Los Altos, CA, argued pro se.

FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, JEREMIAH HELM, THOMAS W. KRAUSE.

(Prost, Chief Judge, Clevenger and Dyk, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC, Appellant

### v.

## SONY INTERACTIVE ENTERTAINMENT AMERICA, LLC, Gameloft, S.A., Appellees

### 2017-1282

United States Court of Appeals, Federal Circuit.

December 13, 2017

THOMAS K. LANDRY, Carey Rodriguez Milian Gonya, LLP, Washington, DC, argued for appellant. Also represented by JOHN C. CAREY, Miami, FL.

ABRAN J. KEAN, Erise IP, Greenwood Village, CO, argued for appellees. Also represented by ERIC ALLAN BURESH, Overland Park, KS.